■ In the Matter of CARLA BERNARD, Also Known as CARLA BERNHARD, an Incompetent Person. SETH RUBENSTEIN, Appellant; MICHAEL E. GREEN-MAN et al., Respondents.— In a proceeding by the committee of an incompetent person to direct the withdrawal of funds, for certain purposes, from two savings bank accounts which are in the name of the incompetent in trust for her daughter, the attorney for said committee appeals: (1) from so much of an order of the Supreme Court, Kings County, dated November 15, 1962, as fixed his fee in a stated amount for the services rendered by him in the proceeding; and (2) from an order of said court, dated January 7, 1963, which denied his motion for reargument and renewal on additional papers to increase the *quantum* of said fee. Order of January 7, 1963, reversed, without costs, and motion for reargument and renewal remitted to the Special Term for further proceedings not inconsistent with the views stated in *Matter of Augar* (18 A D 2d 1097). Appeal from the original order of November 15, 1962 dismissed, without costs, as academic. Kleinfeld, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ In the Matter of HELEN B. DOPFEL et al., Respondents, v. JOHN J. BRESLIN et al., Constituting the Board of Tax Review of the Town of Huntington, Appellants.— In a proceeding under article 7 of the Real Property Tax Law, to review a real property assessment, the officials constituting the Board of Tax Review of the Town of Huntington appeal from an order of the Supreme Court, Suffolk County, dated January 2, 1963, which granted a motion by the petitioners to require said officials to serve an answer to the petition. Order affirmed, without costs (*Matter of New York Cent. R. R. Co.* v. *Donnelly,* 8 A D 2d 65). The appellants' time to serve the answer is extended until 30 days after entry of the order hereon. Kleinfeld, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.